# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

WILLIAM JOHN NEACE,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:19-0365

ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY,[1]

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Claimant's request to reverse the Commissioner's decision (ECF No. 9), grant the Commissioner's request to affirm his decision (ECF No. 10), affirm the final decision of the Commissioner, and dismiss this action from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Claimant's request to reverse the Commissioner's decision (ECF No. 9), **GRANTS** the Commissioner's request to affirm his decision (ECF No. 10), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the Court's

---

[1]Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). <u>See also</u>, Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (stating action survives regardless of any change in the person occupying the Office of the Commissioner of Social Security).

docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                    ENTER:      March 5, 2020

                                    ROBERT C. CHAMBERS
                                    UNITED STATES DISTRICT JUDGE